# EXHIBIT A



52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008

614.464.6400 | vorys.com

Founded 1909

**Joseph R. Miller**
Direct Dial   (614) 464-6233
Direct Fax   (614) 719-4630
Email jrmiller@vorys.com

March 21, 2023

<u>VIA E-MAIL</u>

Chip McConville
Knox County Prosecutor
117 E. High Street, Ste. 234
Mount Vernon, OH 43050
chipmcconville@co.knox.oh.us

    Re:    Damascus Catholic Youth Summer Camp

Dear Chip:

    As we have been discussing, Damascus Catholic Youth Summer Camp ("Damascus") is planning to install ten (10) one-season buildings for its Catholic youth summer camp and related religious programming. Damascus's plan to do so is fully consistent with its existing conditional use permit previously issued by Hilliar Township. Damascus has kept the Township fully informed of its plans for several months now. As you and I have discussed, these buildings are planned for occupancy this summer. Campers have already reserved and paid for spots in these buildings.

    Last week, Damascus Executive Director Aaron Richards was told by Township Zoning Inspector Colby Clippinger that Township Trustee Jason Rogers does not want to allow installation of those buildings. I understand that to be contrary to your legal advice. As you know, any such instruction by Township Trustee Rogers is completely arbitrary and in violation of Damascus's existing conditional use permit, its property rights under law, and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. Section 2000cc, et <u>seq</u>. Trustee Rogers should understand that he subjects both the Township and himself personally to potential liability under law if he continues to take such reckless and unlawful action. In the meantime, I have advised Damascus to act, and it will act, in accordance with its existing rights under its conditional use permit and federal law in installing these buildings.

Ohio | Washington, D.C. | Texas | Pennsylvania | California | London

**VORYS**

Chip McConville
Knox County Prosecutor
March 21, 2023
Page 2

                              Very truly yours,

                              Joseph R. Miller

JRM/nmd