# EXHIBIT B

From: **Aaron Richards** <aaron@damascus.net>
Date: Sun, Nov 5, 2023 at 8:47 PM
Subject: Re: New Building Zoning Permit Application
To: Colby Clippinger <hilliartwpzoninginspector@gmail.com>


Thank you for letting me know.

On Sun, Nov 5, 2023 at 8:44 PM Colby Clippinger <hilliartwpzoninginspector@gmail.com> wrote:
On the advice of counsel, the township is maintaining the status quo with Damascus on all zoning matters until pending litigation is resolved.  After that is concluded, we will consider your request.

Regards,

On Thu, Oct 12, 2023 at 11:31 PM Aaron Richards <aaron@damascus.net> wrote:
Colby,

As you may recall from our previous conversations, notably our June, 2022 meeting, summarized in our correspondence copied below, we have been working for more than a year planning and raising funds to build an indoor meeting facility aimed at creating a quieter and more peaceful outdoor environment for our township community, as a direct response to concerns that you and others from the township have addressed to me in the past. This building would enable us to eliminate our summer tent-programming entirely.

At this point, we are ready to begin the process of application for state permit, so I wanted to start here, as you'd requested previously.  Our team is seeking the soil conservation permit, which should be available to us next week, and I know that last time I'd requested permit, you had asked for building plans.

I've attached the current set of plans for your reference.

Is there anything else that you would need from me for this permit?

Thanks. If I don't hear back, I'll give you a call sometime in the next couple days.  I appreciate your help.