**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| CATHOLIC YOUTH SUMMER CAMP, INC., | : <br> : <br> : |
| *Plaintiff*, | : Case No. 2:23-cv-01781 <br> : |
| v. | : <br> : Judge James L Graham |
| HILLIAR TOWNSHIP, OHIO, et al., | : Magistrate Judge Elizabeth Preston Deavers <br> : |
| *Defendants*. | : |

## JOINT STATUS REPORT

Pursuant to the Court's Order (ECF No. 36, the "Order"), Plaintiff Catholic Youth Summer Camp, Inc. ("Plaintiff") and Defendants Hilliar Township, Ohio, Board of Trustees for Hilliar Township, Ohio, Colby Clippinger, and Mark McCann ("Defendants") (together, the "Parties") respectfully submit this Joint Status Report.  Private mediation was scheduled to occur on August 27, 2024.  On August 22, 2024, Defendants postponed the mediation citing a lack of sufficient evidence to evaluate damages as the cause.  Plaintiff disputes that Defendants lacked sufficient evidence to proceed to mediation.  Prior to mediation, the Parties jointly moved the Court to stay the case schedule pending mediation.  (ECF No. 35.)  In addition, Plaintiff provided Defendants with a mediation statement and subsequent correspondence setting forth Plaintiff's damages.  The Parties respectfully request that the Court lift the stay pending mediation and set the case schedule as follows:

| Primary Expert Reports | 1/10/25 |
| --- | --- |
| Rebuttal Expert Reports | 2/14/25 |
| Discovery Deadline | 3/28/25 |
| Dispositive Motions | 5/2/25 |

A proposed order is attached hereto.

Respectfully submitted,

/s/ Eric A. Parker                              /s/ Melvin J. Davis (via email authority)
Joseph R. Miller (0068463), Trial Attorney       Michael J. Valentine (0038806)
Elizabeth S. Alexander (0096401)                 Melvin J .Davis (0079224)
Jake A. Thorn (0098785)                          REMINGER CO., L.P.A.
Eric A. Parker (0103278)                         200 Civic Center Drive, Suite 800
VORYS, SATER, SEYMOUR AND PEASE LLP              Columbus, OH  43215
52 East Gay Street, P.O. Box 1008                Phone 614-228-1311; Fax 614-232-2410
Columbus, Ohio 43216-1008                        mvalentine@reminger.com
P/F:  (614) 464-6233                             mdavis@reminger.com
jrmiller@vorys.com
esalexander@vorys.com                            *Counsel for Defendants*
jathorn@vorys.com
eaparker@vorys.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing has been served upon all counsel of record via the court's electronic filing system on this 3rd day of September, 2024.

                                              */s/  Eric A. Parker*
                                              Eric A. Parker