IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CATHOLIC YOUTH SUMMER CAMP, INC.**,

    Plaintiff,

v.

    Civil Action 2:23-cv-1781
    Judge James L. Graham
    Magistrate Judge Elizabeth P. Deavers

**HILLIAR TOWNSHIP, OHIO**, *et al.*,

    Defendants.

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion to Amend Case Schedule. (ECF No. 41.) The Motion is **GRANTED**. The case schedule is set as follows:

|  | Current Deadline: | Amended Deadline: |
|---|---|---|
| Primary Expert Reports Deadline: | January 10, 2025 | April 25, 2025 |
| Rebuttal Expert Reports Deadline: | February 14, 2025 | May 23, 2025 |
| Discovery Cut-Off: | March 28, 2025 | July 11, 2025 |
| Dispositive Motions Deadline: | May 2, 2025 | August 8, 2025 |

    **IT IS SO ORDERED.**

**Date: December 16, 2024**
    /s/ *Elizabeth A. Preston Deavers*
    **ELIZABETH A. PRESTON DEAVERS**
    **UNITED STATES MAGISTRATE JUDGE**