IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CATHOLIC YOUTH SUMMER CAMP, INC.,**

    **Plaintiff,**

                            Civil Action 2:23-cv-1781
                            Judge James L. Graham
    v.                        Magistrate Judge Elizabeth P. Deavers

**HILLIAR TOWNSHIP, OHIO,** *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion to Amend Case Schedule. (ECF No. 45.) The Motion is **GRANTED**. The case schedule is set as follows:

|  | Current Deadline: | Amended Deadline: |
|---|---|---|
| Primary Expert Reports Deadline: | July 24, 2025 | September 22, 2025 |
| Rebuttal Expert Reports Deadline: | August 21, 2025 | October 20, 2025 |
| Discovery Cut-Off: | October 9, 2025 | December 8, 2025 |
| Dispositive Motions Deadline: | November 6, 2025 | January 5, 2026 |

    **IT IS SO ORDERED.**

**Date: July 16, 2025**                        /s/ *Elizabeth A. Preston Deavers*
                                                  **ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE**